1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE GALICIA,                          No. 1:16-cv-00011-DAD-SAB

12                 Plaintiff,

13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS, GRANTING
14    T. MARSH et al.,                       DEFENDANTS MARSH AND
                                             WEATHERFORD'S MOTION TO DISMISS,
15                 Defendants.               DISMISSING DUE PROCESS CLAIMS
                                             AGAINST DEFENDANTS MARSH AND
16                                           WEATHERFORD, WITHOUT PREJUDICE,
                                             AND DENYING PLAINTIFF'S MOTION
17                                           FOR LEAVE TO AMEND AS MOOT

18                                           (Doc. Nos. 28, 31, 32, 59)

19

20

21           Plaintiff Jose Galicia is appearing pro se and *in forma pauperis* in this civil rights action

22    pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

23    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

24           On May 8, 2017, the assigned magistrate judge filed findings and recommendations

25    recommending that motions to dismiss brought on behalf of defendants Marsh and Weatherford

26    (Doc. Nos. 28, 31) be granted, and the claims against them be dismissed, without prejudice.

27    (Doc. No. 59.)  The findings and recommendations further recommended that plaintiff's motion

28    for leave to amend his complaint (Doc. No. 32) be denied.  (*Id.*)  The findings and

                                             1

recommendations were served on the parties and contained notice that objections were to be filed within thirty days. (*Id.*) The time to file objections has passed, and no objections to the pending findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The May 8, 2017 findings and recommendations (Doc. No. 59) are adopted in full;

2. Defendant Marsh's motion to dismiss (Doc. No. 28) is granted;

3. Defendant Weatherford's motion to dismiss (Doc. No. 31) is granted;

4. The due process claims against defendants Marsh and Weatherford are dismissed, without prejudice; and

5. Plaintiff's motion for leave to amend his complaint (Doc. No. 43) is denied as having been rendered moot by this order.

IT IS SO ORDERED.

Dated:  **August 16, 2017**

_____
UNITED STATES DISTRICT JUDGE