# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GALICIA,<br><br>    Plaintiff,<br><br>v.<br><br>JENNINGS,<br><br>    Defendant. | Case No.: 1:16-cv-00011-DAD-SAB (PC)<br><br>**AMENDED SCHEDULING ORDER**<br><br>[ECF Nos. 18 & 56]<br><br>Amended Pleading Deadline: October 23, 2017<br>Discovery Deadline: December 26, 2017<br>Pretrial Dispositive Motion Deadline: February 26, 2018 |

Plaintiff Jose Galicia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Following the denial of Defendant Jennings' motion for summary judgment for failure to exhaust the administrative remedies and in accordance with the order staying the scheduling order, the discovery and scheduling order filed on August 23, 2016, is HEREBY AMENDED as follows:

1. The deadline for amending the pleadings is October 23, 2017;

2. The deadline for the completion of all discovery, including filing motions to compel, is December 26, 2017;

3. The deadline for filing pretrial dispositive motions is February 26, 2018; and

///

///

1

4. All other provisions of the Court's August 23, 2016 order remain in full force and effect.

IT IS SO ORDERED.

Dated: **August 21, 2017**

_____
UNITED STATES MAGISTRATE JUDGE