# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GALICIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JENNINGS,<br><br>　　　　Defendant. | Case No. 1:16-cv-00011-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR CERTIFIED COPY OF REPLY<br><br>[ECF No. 76] |

　　　　Plaintiff Jose Galicia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's request for a certified copy of the reply he filed in response to Defendant's opposition to his motion to compel, filed January 19, 2018.

　　　　Plaintiff is advised that the Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. §

///

///

///

1

2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge. Accordingly, Plaintiff's motion for a certified copy of his reply is DENIED.

IT IS SO ORDERED.

Dated: **January 23, 2018**

_____
UNITED STATES MAGISTRATE JUDGE