# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GALICIA,<br><br>        Plaintiff,<br><br>    v.<br><br>JENNINGS,<br><br>        Defendant. | Case No. 1:16-cv-00011-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S REPLY TO OPPOSITION TO MOTION TO COMPEL, FILED ON JANUARY 19, 2018 WITHIN TWENTY DAYS<br><br>[ECF No. 75] |

        Plaintiff Jose Galicia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

        On December 26, 2017, Plaintiff filed a motion to compel discovery on the ground that Defendant failed to timely respond to his discovery requests. (ECF No. 71.) On January 3, 2018, Defendant filed an opposition. (ECF No. 72.) After Plaintiff failed to file a timely reply to Defendant's opposition, the Court denied Plaintiff's motion to compel finding that Defendant timely responded to Plaintiff's discovery requests. (ECF No. 74.)

        On January 19, 2018, Plaintiff filed a reply to Defendant's opposition and argues that the objections to his discovery requests should be overruled and Defendant should be ordered to provide further responses to his requests. (ECF No. 75.)

///

///

1

In order efficiently resolve the outstanding discovery dispute, the Court HEREBY DIRECTS Defendant to file a response to Plaintiff's reply (ECF No. 75), within **twenty (20)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 23, 2018**

_____
UNITED STATES MAGISTRATE JUDGE