# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GALICIA, | Case No. 1:16-cv-00011-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO FILE A SURREPLY AS MOOT |
| JENNINGS, | [ECF No. 88] |
| Defendant. | |

Plaintiff Jose Galicia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 22, 2018, Plaintiff filed a motion requesting leave to file a response to Defendant's sur-reply to Plaintiff's motion to compel. (ECF No. 88.)

Because Plaintiff's motion to compel was denied on January 16, 2018 (ECF No. 74), and Plaintiff's objections to the order were overruled on February 21, 2018, Plaintiff's present motion to file a response to Defendants' sur-reply is denied as moot.

IT IS SO ORDERED.

Dated: **March 8, 2018**

UNITED STATES MAGISTRATE JUDGE

1